93 A.3d 805

Emmit GILES, Petitioner

v.

COURT OF COMMON PLEAS, PHILADELPHIA
COUNTY, Respondent.

No. 44 EM 2014.

Supreme Court of Pennsylvania.

June 13, 2014.

### ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**